License No: **798T**



# State of Tennessee
# Temporary License

**This is to certify** that this license is hereby granted by the State Department of Human Services to **Prestigious Learning Academy** located at **399 Gaston #1** County of **Shelby**, Tennessee.

**This license is** based on partial compliance with rules for operating a **child care home** for a maximum of **7** children.

**This license** shall expire **November 30**, **2001**, and is subject to the provisions of TCA §§ 71-3-501 et seq. This license shall not be assignable or transferable and shall not imply approval for operation beyond one-hundred and twenty days from issuance.

**In witness whereof,** we have hereunto set our hand this **22nd** day of **August**, **2001**.

**Notations:**
**Authorized to provide child care for children ages 6 weeks to 5 years. Before/After-school ages 5 – 12 years.**

_Natasha K. Metcalf_
Commissioner

_Darothy M. Jones_
Issuing Officer

This License is Non-Transferable

Thursday, July 11, 2002

THE COMMERCIAL APPEAL

SECTION CC

## CENTRAL CITY

# NEIGHBORS

# Addicts' kids day care cited as model



**SOUTH MEMPHIS**

By Pamela Perkins
perkins@gomemphis.com

It's hard enough for some parents to count change in a grocery checkout while minding squirmy, hands-on-everything children — let alone minding them during a drug-dependency counseling session.

Shondra Hampton, 31, decided to provide relief by offering day care to children whose parents are in drug-treatment programs. About four years ago, she founded Prestigious Learning Academy, a day care center for parents in recovery.

And, earlier this year, the state Department of Human Services and Tennessee State University designated her center as a model site for quality child care to other caregivers of infants and toddlers.

Hampton has been traveling to Nashville for special training and expects to expand Prestigious's offerings as part of being in the Infant/Toddler Model Site program.

The program is the result of a partnership between Tennessee State University, Tennessee Early Childhood Training Alliance and the Tennessee Department of Human Services. It is designed to improve child care by developing model sites across the state that can be used for training in quality child care in an appropriate environment.

"Two major components ... that we trying to promote is primary care giving and continuity of care," said Brenda Ramsey, director of child care planning and development at DHS.

Tennessee State provides technical assistance and manages the program through the Training Alliance.

DHS funds the program and develops its guidelines.

Ramsey said the goal is to have three or four model sites in Memphis. There now are two; the other is Sunrise of Sherwood Community Services.

As part of the designation, model

**Shondra Hampton**

See **CARE**, CC2

# Landmarks to use grants for survey, education


Wayne Risher



ursday, July 11, 2002

THE COMMERCIAL APPEAL

SECTION CC

## CENTRAL CITY
# NEIGHBORS

# Addicts' kids day care cited as model



### SOUTH MEMPHIS

y Pamela Perkins
erkins@gomemphis.com

It's hard enough for some parents o count change in a grocery checkut while minding squirmy, handsn-everything children — let alone inding them during a drug-dependency counseling session.
Shondra Hampton, 31, decided to

provide relief by offering day care to children whose parents are in drug-treatment programs. About four years ago, she founded Prestigious Learning Academy, a day care center for parents in recovery.

And, earlier this year, the state Department of Human Services and Tennessee State University designated her center as a model site for quality child care to other caregivers of infants and toddlers.

Hampton has been traveling to Nashville for special training and expects to expand Prestigious's offerings as part of being in the Infant/ Toddler Model Site program.

The program is the result of a partnership between Tennessee State University, Tennessee Early Childhood Training Alliance and the Tennessee Department of Human Services. It is designed to improve child care by developing model sites

across the state that can be used for training in quality child care in an appropriate environment.

"Two major components . . . that we trying to promote is primary care giving and continuity of care," said Brenda Ramsey, director of child care planning and development at DHS.

Tennessee State provides technical assistance and manages the program through the Training Alliance.

DHS funds the program and develops its guidelines.

Ramsey said the goal is to have three or four model sites in Memphis. There now are two; the other is Sunrise of Sherwood Community Services.

As part of the designation, model

Shondra Hampton

See CARE, CC2

# Landmarks to use grants for survey, education

Wayne Escher





From Page C1

# Care

site directors and employees get training on quality child care at Tennessee State.

Model sites also get equipment and supplies for their site to come up to "model" level — increased floor space, more toys, furniture arrangement and safety improvements, for example.

Hampton is not yet sure about costs but said Prestigious likely will "get new equipment, a new playground and basically new everything for our program."

Prerequisites for being chosen as a model site include eligibility for a "three star" rating in the state's Star Quality Program that recognizes facilities for doing more than merely complying with licensing regulations.

Site officials must be willing to "open their doors for others to come in and actually see how they implement the program," Ramsey said.

Observers will see how Prestigious fills a niche in local child care.

Hampton had been a day care worker since age 18. She had also worked for Memphis Housing Authority community services and Midtown Mental Health Center.

The combination of those experiences led her to open the center about four years ago in her triplex home at 399 Gaston bequeathed by her grandfather.

She had seen the frustration of parents attempting recovery without having somewhere to place their children, many of whom were also drug-dependent.

Hampton said many day care centers "really didn't" want to be bothered with drug-addicted children because they cried a lot. And a lot of them turned away chil-

them.

Staff members seeing children "stay with the parent all day. They weren't able to get effective and efficient counseling because the children are hollering and screaming."

Hampton said some patients used lack of child care as an excuse not to attend counseling.

Prestigious clients receive counseling at residential treatment facilities such as the Salvation Army and Midtown Mental Health Center's Baby Love program.

"Sometimes, if we have a parent that has that need, then they do attend Prestigious," said Natalie Wilkins, director of outpatient services at Midtown Mental Health. "It allows (clients) to take part in the program and pursue it on an outpatient basis during the day. Otherwise, they wouldn't have a lot of options. They can participate because they have somewhere for their children to be."

Prestigious also does referrals to other community services such as clothes closets and food pantries. "We even do job referrals," Hampton said.

Of the 14 children enrolled in the center, three have parents who are not in recovery and use it as a regular day care center. Prestigious cares for children 6 weeks to 12 years old, with infants separated from older children.

Employees include two teachers, two assistants and a volunteer.

She's using a rental van — her regular van is "down, right now" — to pick children up from the facilities and take them on field trips with money from fund-raisers.

For more information, call 947-1483.

*— Pamela Perkins:*
*529-6514*



## STATE OF TENNESSEE
## DEPARTMENT OF HUMAN SERVICES
One Commerce Square
MEMPHIS, TENNESSEE 38103

TELEPHONE: 901-320-7201      FAX: 901-452-8307
TTY: 1-800-270-1349
www.tn.gov/humanserv/

**BILL HASLAM**
GOVERNOR

**RAQUEL HATTER, MSW, Ed.D.**
COMMISSIONER

August 12, 2015

Dear Regulated Child Care Provider:

There are some major changes to the Child Care Provider Agreement. These were discussed at the provider meetings recently held in your areas. As a result of the changes, all providers are required to sign a new contract with the State of Tennessee to continue your participation as a provider in the Child Care Certificate Program.

The new Child Care Provider Agreement has been completed based on the information form submitted to our office. They will be available to sign starting Wednesday, August 26, 2015 through Friday, August 28, 2015 from 9:00AM - 4:30PM at the Certificate Office located at 3230 Jackson Ave, Memphis, TN 38122. You will need a valid ID to sign the agreement.

The new contract is available online at http://www.tn.gov/humanservices/article/child-care-resources-for-providers for your review. Please print a copy for your records. An official copy will be forwarded to you from State office.

Sincerely,

*La Resa Parks*

Larosa Parks, MBA| Field Supervisor
Child Care Certificate Program (District 7 & 8)
Community and Social Services

How long shes been making visits to Day Cares + Day Homes.



to211.myresourcedirectory.com/index2.php?option=com_cpx&task=resource&id=3965879&view=send&method=print

TN residents with complaints about child care programs

**Is Shelter?**
No.

**Date of Official Change:**

**Address Listings**
Physical (Primary)

4885 Stage Winchester Road
Memphis, TN 38128

**Contacts**
LaRosa Parks

Primary Contact
Ombudsman
larosa.parks@tn.gov

Alternate Contact
(901) 275-5584
bonnie.walker@tn.gov

Marsha Leake

Staff
marsha.leake@tn.gov

Phone Numbers
Main Stage Road Office

(901) 543-7351

Legal Status:

...details. Or click on a service name for service details specifically.

190,683 unread - prestigious.a@yahoo.com - Yahoo Mail

**yahoo!**mail    Search your mail    Give feedback    vip Go ad-free    ⚏

Compose    ← Back    ↩ ↪ ✉ ☆ 🗁 🗑 ⊘ •••    ↑ ↓ ✕    Starred  Contact

🗁 Inbox

☐ Inbox        191K
☆ Starred
✈ Sent
🗋 Drafts      192
🗁 Folders    ^
⊕ New Folder
cupid
Deleted Items
junk
Notes
Sent Items
Shon
Synced Messages
•••

# Reminder: Report Your Vacancies for Prestigious Learning Academy #1

 **TN Department of Human Services**  Unsubscribe
To: me · Tue, Oct 1, 2024 at 9:05 AM ∨              Visit site

 Department of **Human Services**

Dear Prestigious Learning Academy #1,

This is a friendly reminder to navigate to the Provider Portal to report your vacancies for this quarter using the Vacancy Information tile.

In addition, this tool is available to you to report vacancies at any time as a marketing tool for the Consumer Website.

Please reach out to your regulatory individual with any questions.

Thank you,
TDHS Team

This message was created and distributed by the **Tennessee Department of Human Services**

**To ensure delivery of emails from TDHS, please add** notifications@tdhsmessages.tn.gov
**to your address book, contacts, and safe sender list.**



Ref:MSG11408302_irGpOz2z61lLNuNDOwz

Reply ↩    Forward ↪





**yahoo!mail**    Search your mail    🔍    Give feedback    🖐 Go ad-free    ⠿    

← Back    ↩ ↩↩ ↪ ✉ ☆ 🗁 🗑 ⊗ •••    ↑ ↓ ✕    Starred  Contact

🗁 Inbox

| Compose | |
|---|---|
| 🖂 Inbox | 191K |
| ☆ Starred | |
| ⌥ Sent | |
| 🗋 Drafts | 192 |
| 🗁 Folders | ⌃ |
| ⊕ New Folder | |
| cupid | |
| Deleted Items | |
| junk | |
| Notes | |
| Sent Items | |
| Shon | |
| Synced Messages | |
| ••• | |

# ACTION REQUIRED: Prestigious Learning Academy #1 Over Capacity

(n w)  **TN Department of Human Services**  Unsubscribe
To: me, Cc: tstoyra.grady@tn.gov · Wed, Oct 23, 2024 at 10:49 AM ⌄



Dear Prestigious Learning Academy #1,

Thank you for participating in the TN Department of Human Services Child Care Payment Assistance Program. At this time, your Provider Site is over capacity, and you may not enroll any additional children.

Your site is out of compliance. Please take action to reduce enrollments and return to the limit for your site.

If you have any questions or concerns, please reach out to Child Care Payment Assistance Customer Service at 1-833-772-TDHS (8347).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the **Tennessee Department of Human Services**

**To ensure delivery of emails from TDHS, please add** notifications@tdhsmessages.tn.gov **to your address book, contacts, and safe sender list.**

We kindly ask you not to reply to this email.



Ref:MSG11607185_jLaRSxKBKwkhS54T9b6





6/29/25, 9:13 AM    Case 2:26-cv-02002-TLP-tmp    Document 1-1    Filed 01/02/26    Page 9 of 46
190;566 unread -prestigiousla@yahoo.com - Yahoo Mail
PageID 13

**yahoo/**mail          Search your mail                                    Give feedback    💲 Go ad-free    ⋮⋮⋮

|   | Compose |

← Back    ↰ ↰ ↱ ✉ ☆ ▢ 🗑 ⊘ •••           ↑ ↓ ✕                    Starred   Contact

📫 Inbox          19K        ▢ Inbox
☆ Starred
✈ Sent                      # ACTION REQUIRED: Prestigious Learning
🗋 Drafts          192       Academy #1 Over Capacity
📁 Folders         ∧
⊕ New Folder                (n  w)  TN Department of Human Services   Unsubscribe
                                    To: me, Cc: tatoyra.grady@tn.gov · Tue, Nov 5, 2024 at 1:01 AM ∨       Visit site
cupid
Deleted Items
junk                        
Notes
Sent Items                  **TN** Department of
Shon                        **Human Services**
Synced Messages
                            Dear Prestigious Learning Academy #1,
•••
                            Thank you for participating in the TN Department of Human Services Child
                            Care Payment Assistance Program. At this time, your Provider Site is over
                            capacity, and you may not enroll any additional children.

                            Your site is out of compliance. Please take action to reduce enrollments
                            and return to the limit for your site.

                            If you have any questions or concerns, please reach out to Child Care
                            Payment Assistance Customer Service at 1-833-772-TDHS (8347).

                            Thank you,

                            TDHS Child Care Payment Assistance Team

                            This message was created and distributed by the Tennessee **Department of
                            Human Services**

                            **To ensure delivery of emails from TDHS, please add
                            notifications@tdhsmessages.tn.gov to your address book, contacts, and
                            safe sender list.**

                            We kindly ask you not to reply to this email.

                            Ref:MSG11721303_1nlV1ZqLiSBeSj6kF2F





6/29/25, 9:09 AM
Case 2:26-cv-02002-TLP-tmp    Document 1-1    Filed 01/02/26    Page 10 of 46
190,567 unread - prestigiousllc@yahoo.com - Yahoo Mail
PageID 14

**yahoo/mail**   Search your mail   🔍   Give feedback   🔘 Go ad-free   ⚏

← Back   ↩ ↪ ✉ ☆ 🗁 🗑 ⊘ •••   ↑ ↓ ✕

🗁 Inbox

- 📧 Inbox        19K
- ☆ Starred
- ✈ Sent
- 🗋 Drafts       192
- 🗁 Folders      ∧
  - ⊙ New Folder
  - cupid
  - Deleted Items
  - junk
  - Notes
  - Sent Items
  - Shon
  - Synced Messages
  - •••




# Child Care Enrollment Terminated at Prestigious Learning Academy #1

**TN Department of Human Services**   Unsubscribe
To: me · Wed, Nov 13, 2024 at 4:00 PM ∨



## TN Department of Human Services

Dear Prestigious Learning Academy #1.

### Case ID: 906796

The child care enrollment(s) listed below are terminated for the reason(s) shown.

| Child's Name | Provider's Name | Termination Reason | Termination Date |
|---|---|---|---|
| Taylor Brown, 1Y | Prestigious Learning Academy #1 | Renewal | 11/30/2024 |

You may click the following link to navigate directly to the Notice of Termination: Link to Provider Dashboard

If you have any questions or concerns, please reach out to Child Care Payment Assistance Customer Service at 1-833-772-TDHS (8347).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the **Tennessee Department of Human Services**

**To ensure delivery of emails from TDHS, please add** notifications@tdhsmessages.tn.gov **to your address book, contacts, and safe sender list.**

We kindly ask you not to reply to this email.

**yahoo!mail**    Search your mail    Give feedback    Go ad-free

Compose    ← Back

Starred   Contact

**I you k!**

arn a $50 or $100 statem

**low**

#1 – June 30, 2025

**CareCre**

**Miele**

- Inbox    191K
- Starred
- Sent
- Drafts    192
- Folders    ^
  - New Folder
  cupid
  Deleted Items
  junk
  Notes
  Sent Items
  Shon
  Synced Messages
  ...

☐ Inbox

## ACTION REQUIRED: Prestigious Learning Academy #1 At Capacity

 TN Department of Human Services   Unsubscribe
To: me · Wed, Nov 13, 2024 at 4:04 PM ∨

Visit site



Dear Shondra,

You are receiving this email because a request was made to enroll a Certificate approved child with **Prestigious Learning Academy #1**. We received an alert that the provider has reached maximum enrollment capacity. Thank you in advance for your continued efforts to help providers remain compliant with program and licensure requirements.

If you have any questions or concerns, please reach out to Child Care Payment Assistance Customer Service at 1-833-772-TDHS (8347).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the **Tennessee Department of Human Services**

**To ensure delivery of emails from TDHS, please add** notifications@tdhsmessages.tn.gov **to your address book, contacts, and safe sender list.**

We kindly ask you not to reply to this email.



Ref:MSG11800209_EV7Bmg5cCTDqpjNI4Oq

yahoo!mail        Search your mail                          ⚏   🔍              Give feedback    🆅 Go ad-free      ⠿  🌙

Compose                                          ← Back        ↩ ↪ ✉ ☆ 📁 🗑 ⊗ ⋯              ↑   ↓   ✕        Starred  Contact

📥 Inbox        191K        📁 Inbox

☆ Starred                   # Child Care Certificate Available for Bogan,
✈ Sent                        906796
🗋 Drafts       192
📁 Folders       ∧          nw    TN Department of Human Services    Unsubscribe
                                  To: me · Wed, Nov 13, 2024 at 5:46 PM ∨
⊕ New Folder

cupid

Deleted Items

junk                               

Notes

Sent Items

Shon

Synced Messages

⋯

Ref:MSG11800958_UWWuXucqN0j8Y23iiAu

6/29/25, 9:24 AM          Case 2:26-cv-02002-TLP-tmp          Document 1-1          Filed 01/02/26          Page 13 of 46
190,000 unread — prestigiousla@yahoo.com – Yahoo Mail
PageID 17

**yahoo/mail**          Search your mail          ⚏ Q          Give feedback          🆗 Go ad-free          ⠿          ◢

Compose          ← Back          ↰ ↰ ↪ ✉ ☆ 🗁 🗑 ⚙ •••          ↑ ↓ ✕          Starred   Contact

| | |
|---|---|
| 🗁 Inbox          191K | 🗁 Inbox |
| ☆ Starred | |
| ✈ Sent | # ACTION REQUIRED: Prestigious Learning Academy #1 Over Capacity |
| 🗋 Drafts          192 | |
| 🗁 Folders          ⌃ | Your Prestigious Learning Academy #1 is over capacity, and you cannot enroll any additional children; you must reduce enrollments to comply with the site limit. |
| ⊕ New Folder | |
| cupid | Created by Yahoo Mail ⓘ          Was this helpful? 👍 👎 |




Deleted Items

junk

Notes          [n w]  **TN Department of Human Services**   Unsubscribe          Visit site
To: me, Cc: tatoyra.grady@tn.gov · Sat, Nov 23, 2024 at 1:00 AM ⌄

Sent Items

Shon

Synced Messages

•••



Dear Prestigious Learning Academy #1,

Thank you for participating in the TN Department of Human Services Child Care Payment Assistance Program. At this time, your Provider Site is over capacity, and you may not enroll any additional children.

Your site is out of compliance. Please take action to reduce enrollments and return to the limit for your site.

If you have any questions or concerns, please reach out to Child Care Payment Assistance Customer Service at 1-833-772-TDHS (8347).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the **Tennessee Department of Human Services**

**To ensure delivery of emails from TDHS, please add** notifications@tdhsmessages.tn.gov **to your address book, contacts, and safe sender list.**

We kindly ask you not to reply to this email.



**yahoo/mail**    Search your mail    Give feedback    Go ad-free

Starred    Contact

← Back

📁 Inbox

# Application APP0001733 withdrawn

- ✉️ Inbox    191K
- ⭐ Starred
- ✈️ Sent
- 📄 Drafts    192
- 📁 Folders    ︿
- ⊕ New Folder

cupid

Deleted Items

junk

Notes

Sent Items

Shon

Synced Messages

...

### Application Withdrawn

Your application for the provider 'Prestigious Learning Academy #1' has been withdrawn and cannot be reprocessed.

Note
If you wish to reapply, begin a new application. here

Created by Yahoo Mail ⓘ    Was this helpful? 👍 👎

TN Department of Human Services    Unsubscribe
To: me, and 1 other · Tue, Dec 3, 2024 at 8:28 AM ∨



Dear Shondra Hampton,

As of 12/03/2024 08:28:17 CST, your application for provider "Prestigious Learning Academy #1" has been successfully withdrawn. If you wish to reapply in the future, you will need to begin a new application here.

Thank you,
TDHS Team

This message was created and distributed by the **Tennessee Department of Human Services**

**To ensure delivery of emails from TDHS, please add** notifications@tdhsmessages.tn.gov **to your address book, contacts, and safe sender list.**

We kindly ask you not to reply to this email. Please call +1 833-834-7227 if you have any questions.




$16.1 bill
lick Here for
Informatio

miss this conter
sponsor




**yahoo!mail**

Compose

← Back ↶ ↷ ✉ ☆ 🗁 🗑 ⊘ •••    ↑ ↓ ✕    Starred  Contact

🗁 Inbox
📥 Inbox           191K
☆ Starred
✈ Sent
🗋 Drafts          192
📁 Folders         ⌃
⊕ New Folder
cupid
Deleted Items
junk
Notes
Sent Items
Shon
Synced Messages
•••

## ACTION REQUIRED: Prestigious Learning Academy #1 At Capacity

Prestigious Learning Academy #1 is at maximum enrollment capacity, and your eligible child cannot be enrolled.

Created by Yahoo Mail ⓘ                    Was this helpful?  👍  👎



N W   TN Department of Human Services   Unsubscribe
      To: me · Fri, Dec 6, 2024 at 12:26 PM ⌄        visit site   ☆  •••



**TN** Department of
**Human Services**

Dear Shondra,

You are receiving this email because a request was made to enroll a Certificate approved child with **Prestigious Learning Academy #1**. We received an alert that the provider has reached maximum enrollment capacity. Thank you in advance for your continued efforts to help providers remain compliant with program and licensure requirements.

If you have any questions or concerns, please reach out to Child Care Payment Assistance Customer Service at 1-833-772-TDHS (8347).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the **Tennessee Department of Human Services**

To ensure delivery of emails from TDHS, please add notifications@tdhsmessages.tn.gov to your address book, contacts, and safe sender list.

We kindly ask you not to reply to this email.




yahoo/mail    Search your mail          Give feedback    👀 Go ad-free    ⚏    

Compose        ← Back    ↩ ↪ ✉ ☆ ▭ 🗑 ⊘ •••    ↑ ↓ ✕              Starred   Contact

📥 Inbox         191K     ▭ Inbox
☆ Starred
✈ Sent                    # ACTION REQUIRED: Prestigious Learning
▢ Drafts         192        Academy #1 At Capacity
📁 Folders        ∧
⊕ New Folder              Prestigious Learning Academy #1 is at maximum enrollment capacity, and your child cannot
cupid                     be enrolled due to this restriction.
Deleted Items
junk                      Created by Yahoo Mail ⓘ                    Was this helpful? 👍 👎
Notes
Sent Items                ⬤ ⬤   TN Department of Human Services   Unsubscribe                Visit site
Shon                            To me · Mon, Dec 9, 2024 at 2:08 PM ∨
Synced Messages

•••



Dear Shondra,

You are receiving this email because a request was made to enroll a Certificate approved
child with Prestigious Learning Academy #1.  We received an alert that the provider has
reached maximum enrollment capacity.  Thank you in advance for your continued efforts to
help providers remain compliant with program and licensure requirements.

If you have any questions or concerns, please reach out to Child Care Payment Assistance
Customer Service at 1-833-772-TDHS (8347).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the **Tennessee Department of Human Services**

To ensure delivery of emails from TDHS, please add notifications@tdhsmessages.tn.gov
to your address book, contacts, and safe sender list.

We kindly ask you not to reply to this email.






Academy #1 Over Capacity

Your Prestigious Learning Academy #1 is over capacity, and you cannot enroll any additional children; you must reduce enrollments to comply with site limits.

**TN Department of Human Services** Unsubscribe
To: me, Cc: tatoyra.grady@tn.gov · Tue, Dec 24, 2024 at 1:01 AM ∨



# TN Department of Human Services

Dear Prestigious Learning Academy #1,

Thank you for participating in the TN Department of Human Services Child Care Payment Assistance Program. At this time, your Provider Site is over capacity, and you may not enroll any additional children.

Your site is out of compliance. Please take action to reduce enrollments and return to the limit for your site.

If you have any questions or concerns, please reach out to Child Care Payment Assistance Customer Service at 1-833-772-TDHS (8347).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the **Tennessee Department of Human Services**

**To ensure delivery of emails from TDHS, please add** notifications@tdhsmessages.tn.gov **to your address book, contacts, and safe sender list.**

We kindly ask you not to reply to this email.



**12:11**



<

AA

## Re: [EXTERNAL] Prestigious Learning Academy #1

☆

 **Heidi Feagins**
To: Me

🔗 Feb 5

Thank you. I will do some research on this.

**If you need assistance related to your child care assistance case or if you are a child care provider needing assistance related to the certificate program, please contact the Child Care Payment Assistance Customer Service Line at** 1-833-740-1440 **or via email at** OneDHS - Inquiry Form | DHS - Service Portal (service-now.com)

**If you need to transfer your childcare certificate to another provider, please click this link:**
https://stateoftennessee.formstack.com/forms/provider_transfer_form

 Human Services

**Heidi Feagins** | Child Care Specialist

   
Delete      Reply      Forward      Move      More



yahoo/mail

Q    Give Feedback    Go ad-free

Starred    Contact

← Back    ...    ×

□ Inbox

Inbox    191K
Starred
Sent
Drafts    192
Folders
− New Folder

cupid

Deleted Items

junk

Notes

Sent Items

Shon

Synced Messages

...

### Prestigious Learning Academy #1

**Shondra Hampton**
To: Heidi · Wed, Feb 5 at 1:31 PM

Attached is the information regarding Taylor Brown  LaTonya Bogan is th...

**Shondra Hampton**
To: Heidi  Fri, Feb 7 at 11:03 AM

Good morning Heidi can you tell me who is the supervisor of this department?

Show trimmed content

Reply    Forward

**From:** Shondra Hampton <prestigiousla@yahoo.com>
**Sent:** Thursday, February 6, 2025 9:22 AM
**To:** Cherita Shotwell-Seay <Cherita.Shotwell-Seay@tn.gov>
**Subject:** Re: [EXTERNAL] Fw: Taylor Brown

### This Message Is From an External Sender

This message came from outside your organization.

Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security

Thank you.

Sent from Yahoo Mail for iPhone

On Thursday, February 6, 2025, 7:00 AM, Cherita Shotwell-Seay <Cherita.Shotwell-Seay@tn.gov> wrote:

Good morning I will forward this up to the supervisor.

 **Human Services**

Cherita Shotwell-Seay|Child Care Specialist II

Division of Child Care and Community Services

4885 Stage Road, Memphis TN 38128

Phone (901) 745-7453

Cherita.Shotwell-Seay@tn.gov

**From:** Shondra Hampton <prestigiousla@yahoo.com>

## RE: [EXTERNAL] Fw: Taylor Brown

From:   Cherita Shotwell-Seay (cherita.shotwell-seay@tn.gov)

To:     prestigiousla@yahoo.com

Cc:     Bennie.Walker@tn.gov; Tatoyra.Grady@tn.gov

Date:   Thursday, February 6, 2025 at 12:04 PM CST


Good afternoon Ms. Hampton,

I spoke with the parent of a child that you have listed on your enrollment log on today because I
was needing the parent to email the relationship form to me that was sent to her 1/28/25. The
child's name is Cadaja Tate, the parent stated that the child has not attended your facility since
the summer of 2024 and that the child currently attends Ford Road Elementary.  We ask that you
review your roster in the Provider Portal and mark children no longer attending with a 'T' if you
have not done so. This may help in resolving the issue you are having.

Best Regards,


Human Services

Cherita Shotwell-Seay|Child Care Specialist II
Division of Child Care and Community Services
4885 Stage Road, Memphis TN 38128
Phone (901) 745-7453
Cherita.Shotwell-Seay@tn.gov




**From:** Cherita Shotwell-Seay
**Sent:** Thursday, February 6, 2025 11:39 AM
**To:** Shondra Hampton <prestigiousla@yahoo.com>
**Subject:** RE: [EXTERNAL] Fw: Taylor Brown



Good morning,

My supervisor told me to ask you to provide a copy of your sign in/sign out sheet that is used when parents drop off and pick up their children. She said it needs to show the past two weeks attendance for the children you have enrolled.



**Human Services**

Cherita Shotwell-Seay|Child Care Specialist II

Division of Child Care and Community Services

4885 Stage Road, Memphis TN 38128

Phone (901) 745-7453

Cherita.Shotwell-Seay@tn.gov

**From:** Cherita Shotwell-Seay
**Sent:** Thursday, February 6, 2025 9:45 AM
**To:** Shondra Hampton <prestigiousla@yahoo.com>
**Subject:** RE: [EXTERNAL] Fw: Taylor Brown

You're welcome.



**Human Services**

Cherita Shotwell-Seay|Child Care Specialist II

Division of Child Care and Community Services

4885 Stage Road, Memphis TN 38128

Phone (901) 745-7453

Cherita.Shotwell-Seay@tn.gov

**11:48**

< AA

## Fw: Taylor Brown ☆

**Me**    Feb 5
To: Cherita Sho....

Good morning Mrs. Cherita, I have submitted my paperwork to get my issue worked out, unfortunately it's not corrected. I cannot add the kids back who have fallen off at their renewal time. Can you please assist?

**Show trimmed content**



   

Delete    Reply    Forward    Move    More



yahoo/mail   Search your mail                    Give feedback   Go ad-free

← Back                                                     ×        Starred  Contact

📁 Inbox

# Prestigious Learning Academy #1 📎

**Shondra Hampton**
To: Heidi · Wed, Feb 5 at 1:31 PM ⌄

Attached is the information regarding Taylor Brown. LaTonya Bogan is th...

**Shondra Hampton**
To: Heidi · Fri, Feb 7 at 11:03 AM ⌄

Good morning Heidi can you tell me who is the supervisor of this department?

Sent from Yahoo Mail for iPhone

Show trimmed content

Inbox          191K
⭐ Starred
✈ Sent
Drafts         192
📁 Folders
cupid
Deleted Items
junk
Notes
Sent Items
Shon
Synced Messages

Reply ↩      Forward ➡

**11:51**

                                                      

<    

## Re: [EXTERNAL] Fw: Taylor Brown                    ☆

 **Me**                                      🔗 Feb 6
To: Cherita Shotwell-Seay & 2 more ⌄

I'm under attack again. I went through this before. All because I filed sexual harassment charges against Kim Carter and Mrs. LaRosa Parks was named in eye complaint as well. So now she's attacking me though new employees. My program is not over capacity. Why is Taylor Brown's childcare being constantly terminated.? Why are all of my family basing called? This is not happening to other home providers? I've sent you what you needed but I guess it wasn't good enough. I have two shifts and is within compliance.

Sent from Yahoo Mail for iPhone

Show trimmed content

            +

                                • • •
Delete        Reply        Reply All        Forward        More

**5:40**

‹                                                                    AA

## CHILDCARE ASSISTANCE                                   ☆

**Annette Wilson**                                  🔗 1/10/24
To: MIDDLEBROOK _____@GMAIL.COM & 1 more ⌄



**TN** Human Services

Annette Wilson  Child Care Specialist II
Division of Child Care and Community Services
2003 Corporate Ave. Memphis, TN 38132
P-901-543-3676
F-901-947-8785
Annette.Wilson@tn.gov
https://www.tn.gov/humanservices/for-families/child-care-
services.html

📄 CERTIFICATE---ASHLEY MIDDLEBROOK.pdf

❤️   👍   😂   🎉   +

🗑️        ↩️        ↩️↩️        ➡️        •••
Delete    Reply    Reply All    Forward    More



**Tennessee Child Care Assistance Program**
**Child Care Certificate**

**AGENCY:** 16 CHILD CARE CERT PROGRAM
2003 CORPORATE AVE
MEMPHIS ,TN 38132

**PARENT NAME:** ASHLEY D MIDDLEBROOK

**CASE:** 830615

**MAILING ADDRESS:** 2101 IMOGENE ST  APT 202
MEMPHIS, TN 38114

**HOME PHONE:** 901 826 - 3157

**EMAIL:** MIDDLEBROOKASHLEY2@GMAIL.COM

**EMPLOYER:** ASHUNTIE ELMORE

901 286 - 1784

**CATEGORY:** CCD [ CCWP/CCDBG WORKING PARENT ]

**PARENT'S ELIGIBILITY:** 01/11/2024 **TO:** 01/31/2025 *

( * PAYMENT MAY STOP PRIOR TO END DATE BUT
NO PAYMENT WILL BE MADE AFTER THIS DATE)

**PROVIDER NAME:** PRESTIGIOUS LEARNING ACADEMY #1
**MAILING ADDR:** 399 GASTON #1
MEMPHIS, TN 38126

**VENDOR:** VXXXXX593900
PHYSICAL ADDRESS
399 GASTON #1
MEMPHIS, TN 38126

**EMAIL:** PRESTIGIOUSLA@YAHOO.COM

| Child's Name | As of | S.S.N. / D.O.B. | Care Level | Schedule FD/SD | Co-Pay Fee Type/Amount | Misc Payment | Shift |
|---|---|---|---|---|---|---|---|
| JUWAN BLAND JR | 01/11/2024 | XXX-XX-0218 09/02/2018 | 2OVR | FT MTWTF | FT/15.00 | REG/100.00 | 1 |
| JAKUB BLAND | 01/11/2024 | XXX-XX-8849 07/17/2023 | INFN | FT MTWTF | FT/20.00 | REG/100.00 | 1 |
| DANNIE BLAND | 01/11/2024 | XXX-XX-1520 09/15/2020 | 2OVR | FT MTWTF | FT/15.00 | REG/100.00 | 1 |

Total Co-Pay Fee: **50.00**

The parent/guardian is responsible for any amount above the **State Rate** charged by the provider.  Providers are required to disclose this difference/overage in writing.  The State Reimbursement Rate changes when a child reaches the age of thirteen (13) months, thirty-one (31) months and starts Kindergarten. Payments may end at the end of the eligibility period if a child has reached the age of thirteen (13). Co-pay fees are established twice per year for school age children. The co-pay will be adjusted at the beginning of summer to the full-time co-pay rate and the beginning of school to the part-time co-pay rate.  The full-time co-pay fee is twice the part-time co-pay fee.

Participation in Child Care Payment Assistance requires check in /check out records in order for provider payments to be issued. You may now do this electronically.  Please visit the DHS Citizen Portal https://tdhs.service-now.com/csp to create your account then download and install the Now Mobile App to get started.

Child Care Specialist Signature: _____

Date: 1 / 10 / 2024

Child Care Specialist: **ANNETTE WILSON**

Phone No: **(901) 543-3676**

522







**TN** Human Services

AUDITEE NAME: Prestigious Learning Academy

CONTRACT NUMBER(S):

AUDIT / MONITORING
ENTRANCE CONFERENCE FORM

DATE: 10/2/25

| ATTENDEE NAME | TITLE |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

EXPLANATION OF REVIEW BY: Tari Nelson

TOPICS COVERED:
Introductions
Purpose of the Visit & Overview of Audit Process
Timeline for the Visit
Document Needs List – Items outstanding & Items being requested today.
Auditee Questions & Concerns

I'm being harassed
by LaRosa Parks + her sorority
sisters.



FA-0234 {Rev 07/08}

**State of Tennessee**
Commissioner of Finance and Administration
To the Treasurer of the State of Tennessee

### State of Tennessee Remittance Advice
### Payment Made Through Automated Clearing House

ACH Number    0001811455

PRESTIGIOUS LEARNING ACADEMY #1

399 Gaston Ave
Memphis, TN 38126-6006

Account Number       XXXXXX3223
Deposit Effective Date   10/23/2015
Total Payment          $854.00

| Payment Summary | | | | | |
|---|---|---|---|---|---|
| Vendor Number  0000082196 | | | | | |
| Agency Name | Telephone | Invoice Date | Invoice ID | Voucher Number | Paid Amount |
| DHS- TCCMS | 800/362-8004 | 10/20/2015 | 0000599950 | 00601831 | 594.00 |
| .iS- TCCMS | 800/362-8004 | 10/20/2015 | 0000599951 | 00601832 | 530.00 |
| DHS- TCCMS | 800/362-8004 | 10/20/2015 | 0000599952 | 00601833 | 330.00 |
| DHS- TCCMS<br>Child Care Questioned Costs | 800/362-8004 | 09/29/2015 | 34520_0000948 | 00596903 | -600.00 |

| **Subject** | Formal Notice of Retaliation and Objection to Audit |
| **From** | Shondra Hampton <prestigiousla@yahoo.com> |
| **To:** | Teri.L.Nelson@tn.gov <teri.l.nelson@tn.gov> |
| **Date** | Oct 6 at 11:57 AM |

To: Teri L. Nelson  Auditor, Tennessee Department of Human

Services

Teri.L.Nelson@tn.gov

From: Shondra L. Hampton Owner/Director, Prestigious
Learning Academy #1
399 Gaston Avenue
Memphis, TN 38126
901-649-6356  Prestigiousla@yahoo.com
Date: September 6, 2025

Subject: Formal Notice – Retaliatory Audit and
Continued Harassment/Reprisal

Dear Mrs. Nelson,
I am writing to place on record my formal objection to the
audit visit you initiated against my licensed childcare
program, Prestigious Learning Academy #1.
This audit request constitutes clear retaliation and a
continuation of a long-standing pattern of harassment and
reprisal that I have endured for more than 17 years from Mrs.
LaRosa Parks and her professional circle inside the
Tennessee Department of Human Services (TDHS).

Background and Basis of Objection

- I previously filed a sexual-harassment complaint
  against a DHS supervisor who was Mrs. Parks' close
  coworker and personal friend. Following that complaint,
  I have experienced repeated retaliation, intimidation,
  and unequal enforcement actions.

- On September 18, 2025, I publicly commented on Fox
  News 13's Facebook page calling for an investigation

into the Child Care Certificate Program's leadership for preferential treatment and alleged financial misconduct.

- Immediately following that post, Mrs. Parks caused one of her sorority sisters within the DHS Audit Division—yourself—to initiate a surprise audit demanding extensive records (including private bank statements, rolls of children, and payment records) that are already maintained in the state's Child Care Portal.

Because of your close personal and organizational relationship with Ms. Parks, your involvement in this audit presents an obvious conflict of interest and is a textbook example of retaliatory enforcement prohibited by:

- Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e-3),

- 42 U.S.C. § 1983 (deprivation of civil rights under color of state law), and

- Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-301 et seq.

## Formal Notice and Directive

Accordingly, I hereby notify you that:

1. I will not participate in or produce records for any audit conducted by you or any DHS employee with a personal or sorority affiliation with Ms. Parks at all. This is harassment. .

2. All future audit requests must be made in writing through DHS Legal Counsel or the Office of Inspector General, specifying the statutory authority and the reason for the review.

3. Any further attempts to intimidate, harass, or retaliate against me or my staff will be considered reprisal and will be immediately reported to:

   o The U.S. Department of Justice, Civil Rights Division,

   o The EEOC Memphis District Office, and

   o The Tennessee Office of Inspector General.

* The Tennessee Office of Inspector General.

## Preservation of Rights

This letter serves as my formal record of objection and
preserves all rights and remedies available to me under
federal and state law. Nothing in this communication should
be construed as a waiver of those rights.
I will continue to operate my licensed program in full
compliance with Tennessee childcare regulations and will
cooperate fully with any legitimate, non-retaliatory inquiries
conducted by independent, impartial officials.

Sincerely,
Shondra L. Hampton
Owner/Director, Prestigious Learning Academy #1

**Subject**   RE: [EXTERNAL] Enrollee from 11/19/2025

**From**   Tracy Flowers <Tracy.Flowers@tn.gov>

**To:**   Tatoyra Grady <Tatoyra.Grady@tn.gov>, Shondra
Hampton <prestigiousla@yahoo.com>, Remell S.
Coleman <Remell.S.Coleman@tn.gov>

**Date**   Dec 2 at 8:57 AM

Thank you so much. I will complete the enrollment for
Jakub Bland today. I really appreciate all your help.


 Human Services

**Tracy Flowers**| Child Care Specialist
Phone Number:  (931) 752-0344
240 Colonial Circle, Suite B
Jamestown, TN 38556
tracy.flowers@tn.gov

*NOTE: This email may contain PRIVILEGED and CONFIDENTIAL
information and is intended only for the use of the specific
individual(s) to whom it is addressed.  If you are not an intended
recipient of this email, you are hereby notified that any
unauthorized use, dissemination or copy of this email or the
information contained in it or attached to it is strictly prohibited.  If
you have received this email in error, please delete it and
immediately notify the person named above by reply mail.  Thank
you.*

Show trimmed content

**Subject**    RE: [EXTERNAL] Enrollee from 11/19/2025

**From**    Tracy Flowers <Tracy.Flowers@tn.gov>

**To:**    Tatoyra Grady <Tatoyra.Grady@tn.gov>, Shondra
Hampton <prestigiousla@yahoo.com>, Remell S.
Coleman <Remell.S.Coleman@tn.gov>

**Date**    Dec 2 at 8:57 AM

Thank you so much. I will complete the enrollment for
Jakub Bland today. I really appreciate all your help.

 Human Services

**Tracy Flowers**| Child Care Specialist
Phone Number:  (931) 752-0344
240 Colonial Circle, Suite B
Jamestown, TN 38556
tracy.flowers@tn.gov

*NOTE: This email may contain PRIVILEGED and CONFIDENTIAL
information and is intended only for the use of the specific
individual(s) to whom it is addressed.  If you are not an intended
recipient of this email, you are hereby notified that any
unauthorized use, dissemination or copy of this email or the
information contained in it or attached to it is strictly prohibited.  If
you have received this email in error, please delete it and
immediately notify the person named above by reply mail.  Thank
you.*

Show trimmed content



## STATE OF TENNESSEE
## DEPARTMENT OF HUMAN SERVICES
505 DEADERICK STREET
NASHVILLE, TENNESSEE 37243-1403
TELEPHONE: 615-313-3893          FAX: 615-741-4165
TTY: 1-800-270-1349
www.tn.gov/humanservices

**BILL LEE**
GOVERNOR

**CLARENCE H. CARTER**
COMMISSIONER

## VIA ELECTRONIC MAIL

To: Prestigious Learning Academy #1
    399 Gaston Ave. #1
    Memphis, TN 38126-006

From:  Chasidy Johnson

Date:   December 8, 2025

Re: Child Care Certificate Contract Termination

Dear Shondra Hampton,

This letter is to inform you that effective January 8, 2026, the Tennessee Department of Human Services will terminate the contract with Prestigious Learning Academy #1 for participation in the Child Care Certificate Program. All remaining child enrollments and payments related to this contract will be terminated on January 5, 2026. This decision is based on your refusal to comply with the terms specific to clause A. 12 Audit and Repayment Requirements by failing to allow TDHS Auditors to access records on October 2, 2025.  This termination is in accordance with section D.5 Termination for Convenience. This termination does not limit the State's right to seek and obtain recoupment and collection of any overpayments per the terms of the contract.

Prestigious Learning Academy #1 will no longer be able to accept child care certificates from parents or guardians on or after January 8, 2026.

Should you have any questions, please feel free to contact me at 615-313-4893 or
Chasidy.Johnson@tn.gov.

Thank you for your prompt attention to this letter.

Clarence H. Carter
DHS Commissioner

cc:   Doug Bodary, Director of Audit Services
      Scott Hanni, Audit Director
      Gwen Laaser, Director of Child Care Services
      Jude White, Assistant Commissioner, Child Care and Community Services
      Christy Newman-Baker, Director Program Reliability and Compliance
      Chasidy Johnson, Director of Compliance, Child Care

**11:44**

CS   Cherita Shotwell-Seay

## Over Capacity Alert

**Cherita Shotwell-Seay**                              Jan 7
To: Me

Good Afternoon Ms. Hampton,

As you may know Childcare Certificate has had a system conversion. Your provider site has been identified as being over enrollment and your enrollment exceeds your licensing capacity.

We are asking that you review your roster to determine if any enrollments should be terminated.

You have until [1/10/2025] to correct your roster in your Provider Portal account. Reminder, children no longer enrolled with your facility should be marked with the letter "T" on your EAV attendance in the Provider Portal.

After you have reviewed your enrollments, please provide your list of enrollments by 1/10/2025 so we can determine what if any actions should be taken.

Best Regards,

 **Human Services**

Cherita Shotwell-Seay|Child Care Specialist II
Division of Child Care and Community Services
4885 Stage Road, Memphis TN 38128
Phone (901) 745-7453
Cherita.Shotwell-Seay@tn.gov

**11:45**

⟨                                                    AA

# RE: [EXTERNAL] Re: Over Capacity Alert    ☆



**CS**    **Cherita Shotwell-Seay**    ✎ Jan 9
To: Me ⌄

Good morning,

You are very welcome. Will you please send me a copy of
your Enrollment report or sign in/sign out sheets as we are
showing you have more than your allotted capacity? Please
include both private pay and subsidy along with all shifts. If
you have any children no longer attending please mark them
with a "T" in the provider portal.

 **Human** Services

Cherita Shotwell-Seay|Child Care Specialist II
Division of Child Care and Community Services
4885 Stage Road, Memphis TN 38128
Phone (901) 745-7453
Cherita.Shotwell-Seay@tn.gov

Show trimmed content



❤️    😆    🎉    +

| Here you go! | Attached. | Yes. |

🗑    ↩    ⇨    ⬆    •••
Delete    Reply    Forward    Move    More

**12:09**



< **Over Capacity Alert** AA

Tina Rhoten
Tina.Rhoten@tn.gov
Tatoyra Grady
Tatoyra.Grady@tn.gov
Date:
Jan 29 at 2:52 PM

Good afternoon,

As you may know Childcare Certificate has had a system conversion. Your provider site has been identified as being over enrollment and your enrollment exceeds your licensing capacity.

We are asking that you review your roster to determine if any enrollments should be terminated.

**Please respond and attach rosters from January 13th-24th showing all children enrolled including the sign in and out times/dates for children.**

You have until [**February 3rd, 2025**] to correct your roster in your Provider Portal account. Reminder, children no longer enrolled with your facility should be marked with the letter "T" on your EAV attendance in the Provider Portal.

After you have reviewed your enrollments, please provide your list of enrollments by **February 3rd, 2025** so we can determine what if any actions should be taken.

Thank you,

    
Delete Reply Forward More

6/26/25, 2:47 AM    Case 2:26-cv-02002-TLP-tmp    Document 1-1    Filed 01/02/26    Page 42 of 46
yahoo mail - RE: [EXTERNAL] Fw: Taylor Brown
PageID 46

**To:** Cherita Shotwell-Seay <Cherita.Shotwell-Seay@tn.gov>

**Subject:** [EXTERNAL] Fw: Taylor Brown

### This Message Is From an External Sender

This message came from outside your organization.

Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security

Good morning Mrs. Cherita, I have submitted my paperwork to get my issue worked out, unfortunately it's not corrected.  I cannot add the kids back who have fallen off at their renewal time.  Can you please assist?

----- Forwarded Message -----

**From:** Bogan, Latoya <latoya.bogan@autozone.com>

**To:** Shondra Hampton <prestigiousla@yahoo.com>

**Sent:** Wednesday, February 5, 2025 at 08:52:21 AM CST

**Subject:** Taylor Brown

*Good morning Shondra they kicked Taylor off of her Certificate because they said you were at Capacity. Please advise*

## Toya Bogan

## Credit Administrator Support Specialist

901-495-7187 (PH)

*Did you know you can __view and print your statements and invoices online__ at www.autozonepro.com?*



Dear Latoya Bogan,

Case ID: 912491

Thank you for participating in the TN Department of Human Services Child Care Payment Assistance Program. Although your application for child care assistance has been approved, we still need to know who you have chosen for a provider to prevent your case from being closed.

You have been approved to receive assistance for child care. In order to continue your eligibility you must choose a provider by 02/04/2025 for Taylor Brown.

Failure to complete Provider selection could result in the closure of your benefits.

You may click to link to navigate directly to enroll with a provider: CP Provider Selection

If you have any questions or concerns, please reach out to Child Care Payment Assistance Customer Service at 1-833-772-TDHS (8347) or via the Customer Inquiry Form (One DHS General Inquiry Webform).

Thank you,

TDHS Child Care Payment Assistance Team

This message was created and distributed by the Tennessee Department of Human Services



yahoo!mail

Inbox

# Taylor Brown

Bogan, Latoya
To: Shondra  Wed. Feb 5 at 8:52 AM

*Good morning Shondra they kicked Taylor off of her Certificate because they said you were at Capacity. Please advise*

## Toya Bogan
**Credit Administrator Support Specialist**
901-495-7187 (PH)
*Did you know you can __view and print your statements and invoices online__ at www.autozonepro.com?*
*Call your store, AutoZone Sales Representative or 1-866-853-6459 to find out how.*

Expand previously seen (2) ↓

Shondra Hampton
To: Latoya · Wed. Feb 5 at 1:16 PM

Begin forwarded message

Show trimmed content

Reply    Reply all    Forward

<  **Action News 5** ✔
Sep 18 · 🌐                                    •••

Fraud investigation headed by the Mississippi
Department of Human Services.
https://www.actionnews5.com/2025/09/18/woman-
indicted-snap-fraud-received-over-19k-be... **See more**

👍 852    💬 660    ↗ 272              

👍 Most relevant ⌄

 **Shondra L. Hampton** · 13w ·
The CHILD CARE PROGRAM in MEMPHIS needs
to be investigated!  The OMBUDSMAN and
friends and close with daycare owners for
kickbacks and grant approvals!

Reply                                         

 **Shondra L. Hampton** · 12w ·
I'll lead the charge!  This shit ain't getting
skipped over.  I may need to start tagging
folks‼️

How you get let go from DHS in the form of
retirement, but actually let go for sexual
harassment.  Now you got more daycares and
grants for your daycare‼️  who do you
know?!?  All your buddy who you use to go
out to daycares harassing the business
owners with.  You and the childcare
certificate folks fill your daycares up, but
block parents who want to sign up with my
daycare!! THE CONFLICT OF INTEREST is
real deep on this one.  Why you two not
friends on Facebook and IG but you two on
several pictures together, go to the same
church, take vacations together.  There are
about 10 families I know personall... **See more**

Reply

📷 Comment as Shondra L. Ham...   🙂

**12:55**   .ill 🔋

<  **Action News 5** ✓
Sep 18 · 🌐                              **•••**

## Woman indicted for SNAP fraud, received over $19k in benefits, Miss. officials say



**JUST IN:** A woman is facing indictment after a SNAP Fraud investigation headed by the Mississippi Department of Human Services.
https://www.actionnews5.com/2025/09/18/woman-indicted-snap-fraud-received-over-19k-be... **See more**

👍 852    💬 660    ↗ 272                    😀👶🧑

**Most relevant** ⌄

**Shondra L. Hampton** · 13w ·
The CHILD CARE PROGRAM in MEMPHIS needs to be investigated! The OMBUDSMAN and friends and close with daycare owners for kickbacks and grant approvals!

Reply                                              👍

📷    Comment as Shondra L. Ham...  😊  GIF  ☺